U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAKE CHARLES

**MAR 1 0 2009**

ROBERT~~H SHEMWELL~~, CLERK
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CLARENCE RUDY BROWN | : | DOCKET NO. 2:08-cv-1586 SEC. P |
| VS. | : | JUDGE MINALDI |
| JOSEPH P. YOUNG, WARDEN, ET AL. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

**IT IS ORDERED** that plaintiff's application for Writ of *Habeas Corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this ___ day of _____, 2009.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE